FILED'07 JUL 31 11:40USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| JAMES P. RADFORD, | ) | |
| | ) | Civil No. 06-1057-PK |
| Plaintiff(s), | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| CHUCK SEELY, Superintendent, | ) | |
| Warner Creek Correctional Facility, | ) | |
| | ) | |
| Defendant(s). | ) | |

Based on the record,

IT IS ORDERED that Petitioner's Motion for Voluntary Dismissal of Habeas Corpus Petition [21-1] is GRANTED and that this action is DISMISSED without prejudice.

Dated this 31st day of July, 2007.

by _Anna Brown_
Anna J. Brown
United States District Judge